IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SANDY JONAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-06-111-E-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| STATE OF IDAHO, IDOC, ANGELA PROCTOR, BONNEVILLE COUNTY JAIL, JEROME COUNTY, JAMES D. LOHMANN, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 2, 2006, the Court entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED without prejudice.



DATED: **November 3, 2006**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**